# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> CODY WILLIAM MAGEE et al., ) <br> ) <br> Defendant. ) | Case No. CR416-153 |

## O R D E R

Application for leave of absence has been requested by Jennifer G. Solari for the period of Monday, July 11, 2016 through and including Friday, July 15, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  6th  day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA